UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
RENZER BELL,

                    Plaintiff,

            -against-                                           09 Civ. 1728 (LAK)

EUROSETE AUTO LEASING and MARIO CONCALVEZ,

                    Defendants.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Defendants' motion to dismiss the action for lack of subject matter jurisdiction is granted, substantially for the reasons set forth in the report and recommendation of Magistrate Judge Michael H. Dolinger, to which no objection has been filed. The Clerk shall close the case.

        SO ORDERED.

Dated:      February 25, 2010

                                                       Lewis A. Kaplan
                                                  United States District Judge

SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 2/25/10